IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRUCE LEE JOHNSON,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-106

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Johnson contends that he "clearly meets the criteria" to satisfy the savings clause of 28 U.S.C. § 2255. (Doc. No. 11, p. 2.) In support of this contention, Johnson cites to a 1971 Supreme Court case.

Johnson's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss (Doc. No. 6) is **GRANTED**. Johnson's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 9th day of November, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)